N. H. DAVIS, Respondent, *v.* SMITH and McGELVERY, Appellants.

APPEAL from the Sixth Judicial District for Sacramento County.

HEYDENFELDT, Justice.—This was an appeal from a refusal to grant a new trial.

The evidence is conflicting, and might have warranted a verdict on either side. It is in such cases not the province of the Court to disturb the finding. It is presumed that the jury or the Court had good reasons for giving more credence to the witnesses of the successful party.

Judgment affirmed.